AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JOHN A. WENZEL and<br>NADINE WENZEL, his wife<br><br>*Plaintiff*<br><br>v.<br><br>HCA HEALTH SERVICES OF FLORIDA, INC.<br>d/b/a ST. LUCIE MEDICAL CENTER,<br><br>*Defendant* | )<br>)<br>)<br>)    Civil Action No.   16-cv-21959-KMW<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CT CORPORATION SYSTEM, as Registered Agent for:
HCA HEALTH SERVICES OF FLORIDA, INC.
d/b/a ST. LUCIE MEDICAL CENTER
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Neal A. Roth, Esq.; Andrew Yaffa, Esq.; and Rachel W. Furst, Esq.
Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
(305) 442-8666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/01/2016_____

_____
*Signature of Clerk or Deputy Clerk*