# EXHIBIT 1

## AUTHORIZATION AND AGREEMENT

The undersigned, being attorney of record for the above person, does affirm that my client has agreed to pay to the Department of Veterans Affairs, an agency of the United States Government, from the proceeds of any settlement, award, judgment or verdict received on behalf of my client as a result of injuries John A. Wenzel sustained on May 15, 2015, such cost as the United States of America is entitled to recover under 42 U.S.C. §§ 2651-2653, and 38 U.S.C. § 1729 for hospital, medical, surgical, or dental and treatment (including prostheses and medical appliances) rendered to my client by reason of above injuries.

I agree to withhold and hold in trust for the benefit of the United States of America, from any settlement, award, judgment, or verdicts, an amount equal to the total medical charges of the Department of Veterans Affairs as above described or such lesser amount as may be agreed upon with an attorney in the Office of the Regional Counsel of the Department of Veterans Affairs.

GRYC Trial Lawyers

Date: 5/31/16

By: _____

Andrew B. Yaffa, Esquire

Date, Sign, Return

3